JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 423 -- IN RE SICILIA DI R. BIEBOW & CO. PATENT AND ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/02/15 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE AND EXHIBITS -- -- Plaintiffs Sicilia and Sidag  SUGGESTED TRANSFEREE COURT: NORTHERN DISTRICT OF TEXAS  SUGGESTED TRANSFEREE JUDGE: (cds) |
| 80/02/15 | | APPEARANCE: Mr. Stephen Schnitzer, Esq. for Sicilia and Sidag (cds) |
| 80/02/25 | | APPEARANCES: L. DAN TUCKER, ESQ. for Ronald C. Cox and Sales U.S.A, Inc.; JAMES LEON YOUNG, ESQ. for Smoked Foods Products Co., Inc., Marcus Cox and Pauline L. Cox (cds) |
| 80/02/29 | 2 | RESPONSE, AFFIDAVIT, BRIEF, CERT. OF SVC. EXHIBITS -- Smoked Foods Products Co., Inc., Marcus Cox and Pauline L. Cox. (ea) |
| 80/03/07 | | HEARING ORDER -- Setting motion for hearing in Washington, D.C. on March 27, 1980 (cds) |
| 80/03/10 | 3 | REPLY -- Sicilia Di R. Biebow & Co. -- w/Attachment and cert. of service (cds) |
| 80/03/25 | 4 | RESPONSE -- Defendants Ronald C. Cox and Sales U.S.A. -- w/ cert. of service (cds) |
| 80/03/26 | | HEARING APPEARANCES: Stephen Schnitzer for Sicilia Di R. Biebow & Co. and Sidag Atkiengesellschaft; James Leon Young for Smoked Foods Products Co., Inc., Marcus Cox and Pauline L. Cox (emh)  WAIVER OF ORAL ARGUMENT: Ronald C. Cox and Sales U.S.A., Inc. (emh) |
| 80/04/23 | | OPINION AND ORDER -- Denying transfer of the Litigation under 28 U.S.C. §1407. Notified involved judges clerks, counsel, and publishers. (ds) |

JPML Form 1

Revised: 8/78

Denied
14-7

DOCKET NO. 423 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SICILIA DI R. BIEBOW & CO. PATENT AND ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 27, 1980 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4-23-80 | P.C. | 490 F.Supp. 513 | | | |

Special Transferee Information

DATE CLOSED: 4/23/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 423 -- IN RE SICILIA DI R. BIEBOW & CO. PATENT ~~AND ANTITRUST~~ LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sicilia Di R. Biewbow & Co. v. Ronald C. Cox, et al. | N.D.Tex Hill | 3-79-1397-D | | | | |
| A-2 | Sidag Aktiengesellschaft, et al. v. Smoked Foods Products Co., Inc., et al. | S.D.Miss Russell | J79-0553(R) | | | | |

JPML Form 2

## COUNSEL OF RECORD
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 423 -- IN RE SICILIA DI R. BIEBOW & CO. PATENT AND ANTITRUST LITIGATION

---

SICILIA DI R. BIEBOW & CO.
SIDAG AKTIENGESELLSCHAFT ("SIDAG")
Stephen Schnitzer, Esquire
40 West Northfield Road
Livingston, N.J. 07039

RONALD C. COX
SALES U.S.A., INC.
L. Dan Tucker, Esq.
Hubbard, Thurman, Turner,
   Tucker & Glaser
1200 North Dallas Bank Tower
12900 Preston Road
Dallas, Texas 75230

SMOKED FOODS PRODUCTS CO., INC.
MARCUS COX
PAULINE L. COX
James Leon Young, Esq.
Young, Scanlon and Sessums
1440 Deposit Guaranty Plaza
Jackson, Mississippi 39201

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 423 -- IN RE SICILIA DI R. BIEBOW & CO. PATENT AND ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| RONALD C. COX | A-1 |
| SALES U.S.A., INC. | A-1 |
| SMOKED FOODS PRODUCTS CO. | A-2 |
| MARCUS COX | A-2 |
| PAULINE L. COX | A-2 |
| | |
| | |
| | |
| | |
| | |